THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH CAMPANARO, Appellant.

(Argued October 8, 1928; decided October 23, 1928.)

*Samuel Dickstein, Leonard A. Snitkin* and *Leo H. Klugherz* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.